Edward J. Parker
07-675-M-01

**FILED**

JAN 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

+2007 FDC 029360   File Date **12/22/2007**
UNITED STATES vs. EDWARD J PARKER
aka **HASKEL PARKER Jr**
PMD # **285119**
Lock up number *H 50*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES   TOT
No._____

USO 50

Vs.   P.D.I.D. No. 285-119

Haskell Edward Parker (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: December 26, 2007 @ 1:45 PM Judge Facciola

### COMMITMENT/RELEASE

[X] NO BOND
[ ] BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: 12-26-07

[ ] Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

_____ Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: 12/22/07

JUDICIAL OFFICER PRESIDING

white-court      yellow-usao      Pink-defense

CD-3026/Mar. 03

Burn 12/22 7:49

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**FILED**
**DEC 21 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

HASKELL EDWARD PARKER
DOB:
PDID:

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 07-675-M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 21, 2007__ in __WASHINGTON__ county, in the District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

by intimidation, did take from the person or presence of another money, that is, approximately $600.00 belonging to, and in the care, custody, control, management and possession of Sun Trust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __Special Agent John S. Hummell, Jr.__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

x _____
Signature of Complainant
SPECIAL AGENT JOHN S. HUMMELL, JR.
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me and subscribed in my presence,

__DEC 21 2007__    at    __Washington, D.C.__
Date                         City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 21, 2007 at approximately 11:00 a.m. at the Sun Trust Bank located at 1369 Connecticut Avenue, N.W. within the District of Columbia, an individual later identified as HASKELL EDWARD PARKER,              ; entered the bank and went to a teller's window, He handed the teller a five dollar bill and requested one dollar bills in change. He then placed a note under the window. The note demanded that the teller give the individual "all your hundreds.". The teller handed the note back and the individual said that he wanted "your large bills." At that time the teller gave the individual approximately four one hundred dollar bills and asked whether the individual wanted fifty dollar bills. The individual said the teller should give him any denomination bill. The teller then gave the individual a packet of fifty dollar bills. The individual took the money and the demand note and put them in a black bag and exited the bank. The individual was photographed in the bank by surveillance cameras.

The teller described the robber as a light to medium complected black male wearing a Navy blue pea coat, , approximately late 30's to 40 years old, wearing glasses, short black and grey hair. approximately 5'9" to 5'11'" with a moustache, medium build, carrying a black computer type bag.

Federal Bureau of Investigation (FBI) agents were notified and responded to the bank. They received information that the robber was in the area of Hechinger Mall in North East Washington, D. C. and agents went to that area. At approximately 12:30 p.m , the defendant was observed in the passenger seat of vehicle traveling east bound in a parking lot in the 1600 block of Benning Road, N.E. His appearance matched that of the person depicted in the bank surveillance photographs. Money identified as stolen from the bank and the demand note was recovered from his person.

The defendant subsequently was brought to the Sun Trust Bank where the teller positively identified him as the individual who robbed the bank earlier that day. Your affiant knows that the Sun Trust Bank deposits are insured by the Federal Deposit Insurance Corporation.

x _John S Hummell_
JOHN S. HUMMELL, Jr.
Special Agent, Federal Bureau Investigation

**DEC 21 2007**

Sworn and subscribed to me
this _____ day of December 2007

_John M. Facciola_
JOHN M. FACCIOLA
United States Magistrate Judge