## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 07-675M-01(CR)** |
| | : | |
| **HASKELL EDWARD PARKER,** | : | **VIOLATION: 18 U.S.C. §2113(a)** |
| also known as **EDWARD JAMES PARKER,** | : | **(Bank Robbery)** |
| **Defendant.** | : | |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 21, 2007, in the District of Columbia, the defendant, **HASKELL EDWARD PARKER, also known as EDWARD JAMES PARKER,** by force and violence and by intimidation, did take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of SunTrust Bank, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia