IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 08-004 (ESH) |
| ) | |
| HASKELL EDWARD PARKER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

Defendant, Haskell Edward Parker, through counsel, respectfully submits the attached Order recommending that defendant be transferred to the Central Treatment Facility. The attached Order was discussed in open Court on February 11, 2008 and is not opposed by the government.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500, Ex. 134

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 08-004 (ESH) |
| ) | |
| **HASKELL EDWARD PARKER,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon the unopposed oral motion of Defendant Haskell Edward Parker, it is hereby

**RECOMMENDED** that

Defendant Parker be transferred from the D.C. Jail to the Central Treatment Facility ("CTF").

**SO ORDERED** this _____ day of _____, 2008.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE