CR 08-04 (ESH)
USA v. HASKELL PARKER

FILED
FEB 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1-26-08

Pat,
Let this be filed in 08-CR-04
John M Facciola
2/11/08

Dear Magistrate,

Sir I do have a theory for all my actions but however, you might not want to hear them.

I really don't have a negetive attitude towards you! You reached out to help me sir.

I have been hit and I feel I don't belong in this type of envinorment... Please come and get me I am not dangerous or illerate. My mental condition has seen ~~to deturate~~ fall and I can no longer attain the type of

-2-

help I need in this facility. Maybe a civil committment at Saint Elizabeths could be my exact solution for my problem. I like to work and succeed. I am no match for these kind of people. I don't ever think like them. My defense is weak.

Please try to get me out of here.

Thank you
M. Parker