IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB 2 2 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 08-004 (ESH) |
| ) | |
| HASKELL EDWARD PARKER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon the unopposed oral motion of Defendant Haskell Edward Parker, it is hereby

**RECOMMENDED** that

Defendant Parker be transferred from the D.C. Jail to the Central Treatment Facility ("CTF").

**SO ORDERED** this  22  day of  February , 2008.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE