UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 08-4 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| HASKELL EDWARD PARKER, | : | |
| also known as EDWARD JAMES PARKER, | : | MAR 0 7 2008 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FACTUAL PROFFER

Had this case proceeded to trial, the government would have shown, beyond a reasonable doubt, that on December 21, 2007, the defendant, Haskell Edward Parker, robbed the SunTrust Bank located at 1369 Connecticut Ave., N.W., Washington, D.C.

On Friday, December 21, 2007, at approximately 11:15 a.m., defendant walked into the SunTrust Bank, a federally insured financial institution, located at 1369 Connecticut Ave., N.W. Washington, D.C., approached the teller, handed him a $5 bill and requested five $1 bills in return. Defendant also tossed a note under the teller window, which note read, "I want all your $100.00 bills please! You are safe. Thank you kindly." The teller was not sure what defendant wanted and told him that while returning the note. Defendant said, "I want your large bills." Understanding that he was being robbed, the teller then pulled out four $100 bills and asked defendant whether he wanted $50's. Defendant replied that would take anything. The teller then passed defendant a total of $695, which monies included a strapped packet of $50 bills containing a tracking device. Defendant put the money and note inside a black computer-type bag and left the bank. Clear photographs of defendant were obtained from the bank surveillance cameras.

2

As soon as the teller pulled the $50's from his tray, an electronic message was sent to the Metropolitan Police Department and to the Federal Bureau of Investigation notifying those agencies that a robbery had occurred. Members of those agencies thereafter followed movement of the tracking device on monitors in their offices and simultaneously guided officers and agents in the field to the location of the device. Ultimately, the device remained stationary at the old Hechinger Mall at 1600 Benning Rd., N.E., Washington, D.C., now the location of National Wholesale Liquidators. Meanwhile, other agents obtained a digital surveillance photograph of defendant from the SunTrust Bank and e-mailed that photograph to their colleagues who were following the tracking device.

Defendant, meanwhile, entered National Wholesale Liquidators and made numerous purchases, which he paid for with the proceeds of the bank robbery. Upon leaving the store, defendant approached one of the store's courtesy van drivers and requested a ride to Southeast, Washington, D.C. As the courtesy van approached the exit to the parking lot, which was being monitored by law enforcement, an FBI agent's handheld tracking device began to beep loudly. Agents saw the defendant in the passenger seat of the van and realized that he appeared to match the bank surveillance photo that had been e-mailed to them. After agents stopped the van and asked defendant to get out, they concluded that defendant's clothes and physical description matched the photograph of the bank robber and arrested defendant. In a subsequent search of defendant, agents found approximately $185 (including a $100 bill), glasses worn by defendant during the robbery and the demand note. In the van, they also recovered two additional $100 bills in a black bag and defendant's purchases, which included clothes and electronics. The agents did not find the tracking device at that time.

3

As defendant was being taken to a police cruiser for transport to a show up at the bank, he stated, spontaneously, "I thought you were going to shoot me. I never take a gun into a bank." The show up was conducted with the victim teller at approximately 2:45 p.m. When the victim saw defendant, the victim stated, "Yep. That's him."

Soon thereafter, agents learned that the tracking device still was activated and currently was located at the bank's address. Defendant, who still was at the bank, was searched again, and during this second search, an agent found three $50 bills and the tracking device in defendant's sock

*Angela Schmidt*
ANGELA G. SCHMIDT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

4

**Defendant's Acceptance**

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree that it is accurate. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

___3/7/08_____          ___/s/ Haskell E. Parker_____
Date                                      Haskell E. Parker


**Defense Counsel's Acknowledgment**

I am Haskell E. Parker's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

___3/5/08_____          ___/s/ Jonathan Jeffress_____
Date                                      Jonathan Jeffress, Esq.