CO-526
(04/06)

**FILED**

MAR 0 7 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

*Haskell E. Parker*
Defendant

Criminal No. _08-004_

# WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

*Angela Schmidt*
AUSA United States Attorney

Approved:

*Ellen S. Huvelle*
Judge Ellen Segal Huvelle