UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | |
| v. | :  Cr. No. 08-004 (ESH) |
| HASKELL EDWARD PARKER, | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:**   Haskell Edward Parker

**Name and address of appellant's attorney:**   Jonathan Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**   18 U.S.C. 2113 (a) Bank Robbery

**Concise statement of judgment or order, giving date, and any sentence:**

Defendant sentenced to Fifty-Seven (57) Months Incarceration followed by Three (3) Years of Supervised Release

**Name of institution where now confined, if not on bail:** Central Treatment Facility
Washington, D.C.

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

 07/18/08                        Haskell Edward Parker
DATE                    APPELLANT


CJA, NO FEE ____FPD____                    /s/
PAID USDC FEE ___No___           ATTORNEY FOR APPELLANT
PAID USCA FEE ___No___

Does counsel wish to appear on appeal?   _X_ Yes   ___ No
Has counsel ordered transcripts?   ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No